### No. 2.

#### STEWART *against* BARNUM. *Addison,* 1817.

NOTICE given to the maker of a note of hand, by the ori

ginal payee, that the note was endorsed, is sufficient notice, under the Statute, to protect the endorsee against any after payment, or credit made or given, by maker to endorser.

See Judgment 2. Pauper Cases 2.

NOTE—See Promissory Note.

## O.

OATH—See Information.

OFF-SET—See Set-Off.

ORDER OF REMOVAL—See Pauper Cases 2, 3.

## P.

## PARTITION.